1
SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

2
James P. Hill, CA SBN 90478 (Pro Hac Vice)
Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice)

3
Elizabeth E. Stephens, NV SBN 5788
228 South Fourth Street, First Floor

4
Las Vegas, NV 89101
Telephone:  (702) 382-6440

5
Fax Number: (702) 384-9102

6
Attorneys for Chapter 7 Trustee,
William A. Leonard, Jr.

7

8                        UNITED STATES BANKRUPTCY COURT

9                              DISTRICT OF NEVADA

10   In re                                  )   CASE NO. BK-S-09-32824-RCJ (Lead Case)
                                            )   Jointly Administered with Case Nos.:
11   ASSET RESOLUTION, LLC,                 )   BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;
                                            )   BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;
12              Debtor.                     )   BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;
                                            )   BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;
13                                          )   BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;
                                            )   BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;
14   Affects:                               )   BK-S-09-32880-RCJ; BK-S-09-32882-RCJ
       ☒ All Debtors                        )
15                                          )   Chapter 7
     WILLIAM A. LEONARD, JR., Chapter 7     )   ADV. CASE NO.  11-01305
16   Trustee,                               )
                                            )
17              Plaintiff,                  )   **AGREED MOTION TO DISMISS**
                                            )
18   v.                                     )
                                            )
19   GOTTEX ABL; GOTTEX ABI; and            )   Ctrm:   RCJ-Courtroom 6
     REPOTEX-CLASS A,                       )           Bruce R. Thompson Federal Building
20                                          )           400 S. Virginia Street
                Defendant.                  )           Reno, NV 89501
21                                          )    Judge:  Hon. Robert C. Jones
                                            )
22

23         **PLEASE TAKE NOTICE THAT**, pursuant to Rule 7041 of the Federal Rules of

24   Bankruptcy Procedure and Rule 41 of the Federal Rules of Civil Procedure and the agreement of the

25   Defendant, the named Plaintiff hereby moves for an order dismissing this adversary proceeding.   An

26   Agreed Order is being submitted with this motion.

27         The above-referenced adversary proceeding (the "Adversary") was originally filed by

28   Chapter 7 Trustee William A. Leonard on behalf of the bankruptcy estate of Asset Resolution, LLC

356756-v1                                     - 1 -

1    and its affiliated debtors (the "Estate") in the above-referenced jointly administered bankruptcy cases

2    (the "Bankruptcy Cases").

3         On or about September 6, 2012, this Court entered an Agreed Order Regarding Settlement

4    and Related Relief [*See* ARC BK Dkt. 1915] (the "Settlement Order") in the Bankruptcy Cases.

5         Paragraph 136   of the Settlement Order and section 4.2 of the Claims Recovery Trust

6    Agreement approved by the Settlement Order (the "LTA")  provide that, upon the payment of a sum

7    certain (the "Silar Payment") to the Estate by Silar, all "Causes of Action" (as defined in the

8    Settlement Order) held by the Estate and/or the "B&B DL Settling Clients" (as defined in the

9    Settlement Order) against Gottex ABI and Gottex ABL (including without limitation the claims

10   asserted in the Adversary) shall be automatically assigned to the Trust for the sole benefit  of Silar,

11   with the disposition of such Causes of Action to be directed by Silar and "with any recoveries

12   thereon enjoyed exclusively by" Silar.

13        Silar made the Silar Payment to the Estate as provided in the Settlement Order and is

14   therefore the real party in interest with respect to Causes of Action held by the Estate and/or the

15   B&B DL Settling Clients against Gottex ABI and Gottex ABL.

16        On December 7, 2012, this Court entered an order confirming that the parties closed all of the

17   terms of the Settlement and that the Settlement has been consummated pursuant to the terms of the

18   Settlement Order.  *See* ARC BK Dkt. 1988 ¶ 1.

19        Paragraph 138 of the Settlement Order also enjoins the B&B DL Settling Clients and/or the

20   Estate from pursuing any "Preference Claims" against any persons or entities not addressed in the

21   Settlement Order.  Paragraph 128 of the Settlement Order  defines "Preference Claims" to mean

22   "Causes of Action relating to pre-petition preference or other payments by Asset Resolution to any

23   person or entity  . . . ,  whether such Causes of Action are known or unknown and whether or not

24   they were asserted" in the Adversary Proceeding.

25        The Trust, Silar, and Gottex have now agreed to resolve their disputes under FRE 408 and

26   have  requested  that  the  Trustee  file  a  motion  to  dismiss  this  Adversary  with  prejudice  (the

27   "Motion").

28   / / /

356756-v1                                    - 2 -

1    As such, named Plaintiff requests that the Court enter the attached agreed order dismissing

2   the adversary with prejudice, with all parties bearing their own attorney's fees and costs.

3

4   Dated:      September 19, 2013                SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                                  A Professional Law Corporation
5

6                                                 By:        */s/ Jonathan S. Dabbieri*
                                                            James P. Hill
7                                                           Jonathan S. Dabbieri
                                                            Elizabeth E. Stephens
8                                                           Attorneys for Chapter 7 Trustee,
                                                            William A. Leonard, Jr.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

1

2

3

4

5

6   SULLIVAN, HILL, LEWIN, REZ & ENGEL
    A Professional Law Corporation
7     James P. Hill, CA SBN 90478 (Pro Hac Vice)
      Jonathan S. Dabbieri, CA SBN 91963 (Pro Hac Vice)
8     Elizabeth E. Stephens, NV SBN 5788
    228 South Fourth Street, First Floor
9   Las Vegas, NV 89101
    Telephone:  (702) 382-6440
10  Fax Number: (702) 384-9102

11  Attorneys for Chapter 7 Trustee,
    William A. Leonard, Jr.
12
                        UNITED STATES BANKRUPTCY COURT
13
                              DISTRICT OF NEVADA
14

| 15 | In re | ) CASE NO. BK-S-09-32824-RCJ (Lead Case) |
|---|---|---|
| | | ) Jointly Administered with Case Nos.: |
| 16 | ASSET RESOLUTION, LLC, | ) BK-S-09-32831-RCJ; BK-S-09-32839-RCJ; |
| | | ) BK-S-09-32843-RCJ; BK-S-09-32844-RCJ; |
| 17 | Debtor. | ) BK-S-09-32846-RCJ; BK-S-09-32849-RCJ; |
| | | ) BK-S-09-32851-RCJ; BK-S-09-32853-RCJ; |
| | | ) BK-S-09-32868-RCJ; BK-S-09-32873-RCJ; |
| 18 | Affects: | ) BK-S-09-32875-RCJ; BK-S-09-32878-RCJ; |
| | ☒ All Debtors | ) BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| 19 | | ) |
| | | ) Chapter 7 |
| 20 | WILLIAM A. LEONARD, JR., Chapter 7 | ) ADV. CASE NO.  11-01305 |
| | Trustee, | ) |
| 21 | | ) |
| | Plaintiff, | ) **AGREED ORDER OF DISMISSAL** |
| 22 | | ) |
| | v. | ) |
| 23 | | ) |
| | GOTTEX ABL; GOTTEX ABI; and | ) Ctrm:  RCJ-Courtroom 6 |
| 24 | REPOTEX-CLASS A, | ) Bruce R. Thompson Federal Building |
| | | ) 400 S. Virginia Street |
| 25 | Defendant. | ) Reno, NV 89501 |
| | | ) Judge:  Hon. Robert C. Jones |

26  / / /

27  / / /

28  / / /

356757-v1                                    - 1 -

1    The above-referenced adversary proceeding (the "Adversary") was originally filed by

2    Chapter 7 Trustee William A. Leonard on behalf of the bankruptcy estate of Asset Resolution, LLC

3    and its affiliated debtors (the "Estate") in the above-referenced jointly administered bankruptcy cases

4    (the "Bankruptcy Cases").  On or about September 6, 2012, this Court entered an Agreed Order

5    Regarding Settlement And Related Relief [*See* ARC BK Dkt. 1915] (the "Settlement Order") in the

6    Bankruptcy Cases.  Paragraph 136  of the Settlement Order and section 4.2 of the Claims Recovery

7    Trust Agreement approved by the Settlement Order (the "LTA")  provide that, upon the payment of

8    a sum certain (the "Silar Payment") to the Estate by Silar, all "Causes of Action" (as defined in the

9    Settlement Order) held by the Estate and/or the "B&B DL Settling Clients" (as defined in the

10   Settlement Order) against Gottex ABI and Gottex ABL (including without limitation the claims

11   asserted in the Adversary) shall be automatically assigned to the Trust for the sole benefit  of Silar,

12   with the disposition of such Causes of Action to be directed by Silar and "with any recoveries

13   thereon enjoyed exclusively by" Silar.

14   Silar made the Silar Payment to the Estate as provided in the Settlement Order and is

15   therefore the real party in interest with respect to Causes of Action held by the Estate and/or the

16   B&B DL Settling Clients against Gottex ABI and Gottex ABL.

17   On December 7, 2012, this Court entered an order confirming that the parties closed all of the

18   terms of the Settlement and that the Settlement has been consummated pursuant to the terms of the

19   Settlement Order.  *See* ARC BK Dkt. 1988 ¶ 1.

20   Paragraph 138 of the Settlement Order also enjoins the B&B DL Settling Clients and/or the

21   Estate from pursuing any "Preference Claims" against any persons or entities not addressed in the

22   Settlement Order.  Paragraph 128 of the Settlement Order  defines "Preference Claims" to mean

23   "Causes of Action relating to pre-petition preference or other payments by Asset Resolution to any

24   person or entity  . . . ,  whether such Causes of Action are known or unknown and whether or not

25   they were asserted" in the Adversary Proceeding.

26   The Trust, Silar, and Gottex have now agreed to resolve their disputes under FRE 408 and

27   have requested that the Trustee file a motion to dismiss this Adversary with prejudice (the

28   "Motion").  The Court finds that good cause exists for granting the Motion.

**IT IS THEREFORE HEREBY ORDERED THAT:**

1. The Motion is granted.

2. This action is dismissed with prejudice.  All parties shall bear their own attorney's fees and costs.

3. Nothing in this Order alters or amends any provisions of the Settlement Order or the LTA.

**IT IS SO ORDERED** this ___ day of _____, 2013.

_____
Honorable Robert C. Jones

AGREED AS TO FORM:

THE MAJORIE FIRM LTD.                    SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                         A Professional Law Corporation

                                         By:    _____/s/ Jonathan S. Dabbieri_____
By:  _____/s/ Francis B. Majorie_____           James P. Hill
     Francis B. Majorie                         Jonathan S. Dabbieri
     Attorneys for Silar Advisors, L.P.         Elizabeth E. Stephens
     and The Claims Recovery Trust              Attorneys for Chapter 7 Trustee,
                                                William A. Leonard, Jr.

LIONEL SAWYER & COLLINS



By:    _____/s/ Ryan A. Andersen_____
       Ryan A. Andersen
       Counsel for Gottex ABI and Gottex
       ABL
                                    ###

356757-v1                           - 3 -